# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160813(91)

GRANT BAUSERMAN, KARL WILLIAMS and
TEDDY BROE, on Behalf of Themselves and All
Others Similarly Situated,
     Plaintiffs-Appellees,

v

UNEMPLOYMENT INSURANCE AGENCY,
     Defendant-Appellant.

_____/

SC: 160813
COA: 333181
Ct of Claims: 15-000202-MM

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before February 10, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2020



Clerk